**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00875-CR

## IN RE BENJAMIN OSHEA CALHOUN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Criminal Court at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2274904**

## MEMORANDUM OPINION

On November 1, 2019, relator Benjamin Oshea Calhoun filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tonya Jones, presiding judge of County Criminal Court at Law No. 15 of Harris County, to (1) vacate the order for relator to be competency tested, (2) vacate the order for relator to have a psychiatric evaluation, and (3) vacate the order that a court reporter

will only be present at hearings. Relator also requested that this court compel Judge Jones to rule on his motion to recuse or forward the motion to the presiding regional administrative judge. Before relator filed his petition in this court, Judge Jones recused herself from the case, and the case was transferred to County Criminal Court at Law No. 16.

On December 10, 2019, the Honorable Darrell Jordan. Presiding judge of County Criminal Court at Law No. 16, signed the order dismissing the underlying case against relator. Relator's request for relief is now moot.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).